SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP - 5 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.                                    CRIMINAL NO. 1:06cr61LG-JMR

JOSEPH KENNARD WHITE

## AGREED PRELIMINARY ORDER OF FORFEITURE

PURSUANT to a separate Memorandum of Understanding between the defendant, **JOSEPH KENNARD WHITE**, by and with the consent of his attorney, and the UNITED STATES OF AMERICA (hereafter "the Government"), the Court finds as follows:

1. The defendant is fully aware of the consequences of his having agreed to forfeit to the Government his interests in the property described below, having been apprised of such by his attorney and by this Court; and he has freely and voluntarily, with knowledge of such consequences, entered into said Memorandum of Understanding with the Government to forfeit such property.

2. The defendant agrees that the property described below constitutes, or was derived from proceeds that the said defendant obtained, directly or indirectly, as a result of the offense charged in the indictment and/or it is property that the defendant used to commit, or to facilitate the commission of, the offenses charged in the indictment. Further, the crime charged in Count 2 of the indictment is possession with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), a crime punishable by more

than one year's imprisonment. Such property is, therefore, subject to forfeiture pursuant to Title 21, United States Code, Section 853.

IT IS, THEREFORE, ORDERED AND ADJUDGED AS FOLLOWS:

1. All of the right, title, and interests of the defendant, **JOSEPH KENNARD WHITE,** in and to the following property is hereby forfeited to the UNITED STATES OF AMERICA:

### PERSONAL PROPERTY

$2,687.10 in U.S. Currency - (06-DEA-469632)

2. The United States Attorney is directed to commence the ancillary proceeding required by Title 21, United States Code, Section 853(n), by submitting to the United States Marshal for publication the proper notice, issued by the Clerk, and the Marshal shall cause such notice to be published once a week for three consecutive weeks in the *Sun Herald*, a newspaper published in Harrison County, Mississippi.

3. Further, pending completion of the said ancillary proceeding or further order of the Court, the Marshal or any other federal law enforcement agency is directed to forthwith take and/or maintain possession of the above-described property.

4. By signing this document the defendant **JOSEPH KENNARD WHITE** acknowledges that the findings made herein are correct and that he is in agreement therewith and with the adjudications made hereby.

SO ORDERED AND ADJUDGED this 5th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
JOHN MEYNARDIE
Assistant U.S. Attorney

_____
JOSEPH KENNARD WHITE, Defendant

_____
JOHN W. WEBER, III, ESQ.
Attorney for Defendant